UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RONNIE THOMPSON,<br><br>                Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 2:13-CV-117-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with a lawful order of the Court.

Dated at Gainesville, Georgia, this 26th day of December, 2013.

                                                          JAMES N. HATTEN
                                                          CLERK OF COURT

                                            By:  s/Stacey Kemp
                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 26, 2013
James N. Hatten
Clerk of Court

By: s/Stacey Kemp
    Deputy Clerk